KANIYN PARKER *v.* COMMISSIONER OF
CORRECTION

The petitioner Kaniyn Parker's petition for certification for appeal from the Appellate Court, 117 Conn.
App. 727 (AC 30458), is denied.

*Michael Oh,* special public defender, in support of
the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided December 1, 2009